| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Pauley, William H. | 2. Court or Organization Southern District of New York | 3. Date of Report 5/7/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (senior) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007-1581

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Senior Board Member of Board of Visitors | Duke University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pauley, William H. | 5/7/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Licensed Real Estate Sales Person and Insurance Agent |
| 2. | 2018 | Self-Employed Floral Designer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 10-17, 2018 | Nevis, West Indies | Winter Bench and Bar Conference | Travel, food, and lodging |
| 2. | Duke University School of Law | April 12-13, 2018 | Durham, NC | Board of Vistiors Meeting | Travel, food, and lodging |
| 3. | New York State Bar | May 4-6, 2018 | Bolton Landing, NY | Commercial and Federal Litigation Section Meeting | Travel, food, and lodging |
| 4. | Duke University School of Law | October 25-26, 2018 | Durham, NC. | Board of Vistiors Meeting | Travel, food, and lodging |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pauley, William H. | 5/7/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Funds | | | | | | | | | |
| 2. PCRPX - PIMCO FDS COMMODITYREALRETURN STRATEGY P | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. ANNUITIES | | | | | | | | | |
| 5. PRUDENTIAL DISCOVERY PLUS, FIXED RATE ANNUITY | C | Interest | M | T | | | | | |
| 6. | | | | | | | | | |
| 7. CASH AND CASH EQUIVALENTS | | | | | | | | | |
| 8. JP MORGAN CHASE | A | Interest | L | T | | | | | |
| 9. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |
| 10. AXA FIN'L LIFE INS (CASH SURRENDER VALUE) | D | Dividend | N | T | | | | | |
| 11. AXA FIN'L LIFE INS (CASH SURRENDER VALUE) | C | Dividend | M | T | | | | | |
| 12. | | | | | | | | | |
| 13. RETIREMENT ACCOUNTS | | | | | | | | | |
| 14. 401K PLAN - FIDELITY FREEDOM K | A | Interest | K | T | | | | | |
| 15. SCSBX DWS TOTAL RETURN BOND FUND-S - TRADITIONAL IRA* | B | Interest | K | T | | | | | |
| 16. SCOBX DWS INTERNATIONAL GROWTH FUND - S - Traditional IRA* | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pauley, William H. | 5/7/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VMMXX VANGUARD PRIME MONEY MARKET - ROTH IRA | A | Interest | L | T | Buy (add'l) | 04/12/18 | J | | |
| 18. VMMXX VANGUARD PRIME MONEY MARKET - ROTH IRA | A | Interest | L | T | Buy (add'l) | 04/12/18 | J | | |
| 19. VMMXX VANGUARD PRIME MONEY MARKET - TRADITIONAL IRA | B | Interest | L | T | | | | | |
| 20. VMMXX VANGUARD PRIME MONEY MARKET - TRADITIONAL IRA | B | Interest | M | T | | | | | |
| 21. VMMXX VANGUARD PRIME MONEY MARKET - SEP - IRA | A | Interest | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pauley, William H. | 5/7/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The accounts identified at line 15, SCSBX DWS TOTAL RETURN BOND FUND-S - TRADITIONAL IRA, and at line 16, SCOBX DWS INTERNATIONAL GROWTH FUND - TRADITIONAL IRA, of this Report reflect a name change for the asset fund without any transaction. These entries correspond to the entries at lines 19, IRA SCUDDER - DWS CORE PLUS INCOME FUND, and 20, IRA SCUDDER - DWS GLOBAL THEMATIC FUND of my Financial Disclosure Report for 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Pauley, William H. | 5/7/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Pauley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544